United States District Court
Southern District of Texas
**ENTERED**
June 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BANKSTON AND NICOLE BANKSTON, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-00118 |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § § § § | JURY |
| *Defendant.* | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs CHRISTOPHER BANKSTON and NICOLE BANKSTON and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY'S Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 15TH day of June, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2743265v1
03646.999

**AGREED:**

_____
Jesse S. Corona
State Bar No. 24082184
Southern District No. 2239270
jesse@thecoronalawfirm.com
THE CORONA LAW FIRM, PLLC
521 N. Sam Houston Pkwy E., Suite. 420
Houston, TX 77060
Telephone: (281) 882-3531
Telecopy: (713) 678-0613

**ATTORNEYS FOR PLAINTIFFS**


/s/ Jay Scott Simon
_____
Jay Scott Simon
State Bar No. 24008040
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

2743265v1
03646.999